United States Courts
Southern District of Texas
F I L E D

JUL - 1 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**GALVESTON DIVISION**

| | |
|---|---|
| **ALEX NGUYEN,** *sui juris*, | Case Number: _____ |
| **Plaintiff,** | **VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY** |
| v. | |
| **A. C. MIZELL,** in his individual and official capacity as a police officer of the Port of Galveston Police Department; **FERNANDO HERRERA,** in his individual and official capacity as a police officer of the Port of Galveston Police Department; **W. DEVINE,** in his individual and official capacity; **KENNETH BROWN JR.,** in his individual and official capacity; **JENNIFER MATLAGE,** an individual; **PORT OF GALVESTON POLICE DEPARTMENT; CITY OF GALVESTON;** and **JOHN DOES 1-10,** | |
| **Defendants.** | |

## INTRODUCTION

1. This is an action brought under the Constitution and laws of the United States — specifically 42 U.S.C. § 1983 — seeking to vindicate the rights of Alex Nguyen ("Plaintiff"), a law-abiding man who suffered grave injuries at the hands of those who swore an oath to uphold the Organic Laws of the United States.

2. On July 4, 2023, after a peaceful morning of fishing, Plaintiff was approached, forcibly seized, and seriously injured by officers of the Port of Galveston Police Department — without cause, without warning, and in violation of the most basic constitutional safeguards. These officers, acting under color of law, broke Plaintiff's body, trampled his dignity, and then

sought to shield themselves behind the wall of judicially-invented doctrines that have no basis in the statutes of Congress or the laws of God.

3. This suit is not only for compensation for physical and spiritual injury, but to challenge the legal fictions and man-made doctrines that courts have elevated above the plain text of the Constitution and statutes, in violation of both the First and Seventh Amendments, and of fundamental justice. Plaintiff seeks trial by jury, as the common law and the Seventh Amendment guarantee, and demands that those responsible be held to account — without judicially-conferred immunity or excuse.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343, as this case arises under the Constitution and laws of the United States.

5. This is an action at common law for the redress of trespasses against rights that are secured by the Constitution and Organic Laws of the United States.

6. The right of trial by jury is preserved under the Seventh Amendment, and Plaintiff expressly demands a true trial by jury as at common law.

7. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in Galveston County, Texas.

## PARTIES

8. Plaintiff, ALEX NGUYEN ("**Nguyen**", "**Plaintiff**"), is a living man, a citizen of one of the several States, and was present within the boundaries of Galveston County in the Texas republic, at all relevant times.

9. Defendant A. C. MIZELL ("**Mizell**") is, upon information and belief, a man of the age of majority, who at all relevant times was acting as an officer, agent, or employee of the Port of Galveston Police Department, within the boundaries of the Texas republic, under color of law. Sued in both individual and official capacities.

10. Defendant FERNANDO HERRERA ("**Herrera**") is, upon information and belief, a man of the age of majority, who at all relevant times was acting as an officer, agent, or employee of the Port of Galveston Police Department, within the boundaries of the Texas republic, under color of law. Sued in both individual and official capacities.

11. Defendant W. DEVINE ("**Devine**") is, upon information and belief, a man of the age of majority, who at all relevant times was acting as an officer, agent, or employee of the Port of Galveston Police Department, within the boundaries of the Texas republic, under color of law. Sued in both individual and official capacities.

12. Defendant KENNETH BROWN JR. ("**Brown**") is, upon information and belief, a man of the age of majority, who at all relevant times was acting as an officer, agent, or employee of the Port of Galveston Police Department, within the boundaries of the Texas republic, under color of law.  Brown identified himself to Plaintiff as Chief of Police, who is responsible for the supervision, training, and discipline of officers under him.  Sued in both individual and official capacities.

13. Defendant PORT OF GALVESTON POLICE DEPARTMENT ("**Police**") is an agency of the City of Galveston, responsible for the conduct, supervision, and training of its officers.

14. Defendant CITY OF GALVESTON ("**Galveston**") is a municipal corporation existing under Texas law and responsible for the acts of its employees and agents.

15. Defendant JENNIFER MATLAGE ("**Matlage**") is, upon information and belief, a woman of the age of majority, and an employee of the Port of Galveston or an agent thereof, and was directly and materially involved in the events described herein.

16. JOHN DOES 1–10 are as-yet unidentified officers, supervisors, or employees of the Port of Galveston Police Department or City of Galveston, whose acts or omissions contributed to Plaintiff's injuries.

**FACTUAL ALLEGATIONS**

17. On the morning of July 4, 2023, Plaintiff Alex Nguyen lawfully parked his truck in a public parking area adjacent to the Galveston docks after a peaceful fishing trip. Plaintiff was not blocking traffic or violating any posted rules or ordinances.

18. While Plaintiff was gathering his gear to leave, a woman approached and demanded he move his truck, falsely claiming he was blocking a parking space. Plaintiff, knowing he was lawfully parked and causing no obstruction, politely declined. The woman threatened to call the police.

19. Within minutes, officers of the Port of Galveston Police Department — specifically including Mizell, Herrera, Devine, and other officers identified herein — arrived at the scene, responding to the woman's complaint. Upon arrival, the officers did not meaningfully investigate or ask Plaintiff for his side of the story. Instead, they immediately escalated the encounter.

20. Mizell and Herrera ordered Plaintiff to move his vehicle. Plaintiff, asserting his lawful right to remain where he was parked, requested clarification and attempted to explain that he was not in violation of any law. The officers became agitated, disregarded Plaintiff's statements, and threatened arrest.

21. Without lawful cause or justification, the officers seized Plaintiff, forcibly twisting his arms behind his back and applying handcuffs with excessive force. During the struggle, officers caused severe injury to Plaintiff's right wrist, as well as trauma to his lower back and shoulder.

22. Plaintiff experienced immediate, excruciating pain and was rendered unable to move his right wrist or hand. He repeatedly told officers he was injured, but his pleas were ignored.

23. Plaintiff was arrested, taken into custody, and charged with criminal offenses — despite the absence of probable cause, valid warrant, or any legitimate basis for his arrest. Plaintiff's

vehicle was left unattended, and he suffered further humiliation and distress in front of bystanders.

24. Plaintiff was later released from custody. The criminal charges against him were dropped in August 2023, and at no time was Plaintiff ever convicted of any crime related to the incident.

25. Following the incident, Plaintiff sought urgent medical attention. Diagnostic imaging and medical evaluation confirmed a **traumatic tear of the triangular fibrocartilage complex (TFCC) of the right wrist**, a **longitudinal split tear of the extensor carpi ulnaris tendon**, and a **herniated lumbar disc at L5-S1 with nerve root involvement**. (See **Exhibit A**, Medical Records and Report).

> **The initial medical report notes:**
> *"Onset of pain and symptoms after assault by officer. Denies prior similar symptoms or trauma."*
>
> **MRI of the right wrist showed:**
> *"TFCC articular disc proper central perforation with mild distal radioulnar joint effusion... Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis."*
>
> **Lumbar spine MRI showed:**
> *"L5-S1 posterior disc extrusion, contacting the right S1 nerve root, moderate central canal stenosis... chronic pain due to trauma."*

26. Plaintiff has endured, and continues to endure, severe pain, disability, and suffering. The injuries have required extensive treatment, including medications, physical therapy, interventional pain management, and ongoing medical follow-up. Plaintiff's ability to work, perform daily activities, and enjoy life has been significantly diminished.

> **The report further documents:**
> *"Persistent and chronic pain in right wrist and low back, interfering with activities of daily living, work, social life, sleep, and hobbies... decreased grip strength (4/5) in right hand due to pain... ongoing numbness, tingling, and weakness in left leg."*
>
> Treatment has included physical therapy, medications, epidural steroid injections, and ongoing specialist follow-up.

27. Plaintiff's medical expenses to date exceed $20,000, with further costs anticipated. The injuries are permanent in nature, and Plaintiff faces the possibility of additional surgical intervention and lifelong impairment. The prognosis in the medical records state:

> "Risk of recurrence of pain, possible need for further procedures or surgical evaluation. Symptoms and limitations _directly correlated to the July 4, 2023 incident_."

28. At all times, Plaintiff had no prior history of injury to his wrist or lower back, and his treating physicians have directly attributed the injuries to the assault by officers on July 4, 2023. The doctor's report concludes with the following statement:

> "No evidence of malingering or unrelated injury; symptoms directly correlated to incident involving law enforcement."

29. Internal affairs investigations, if conducted at all, failed to impose any discipline or corrective action upon Mizell, Herrera, or any other involved officers. The Port of Galveston Police Department and City of Galveston have ratified or condoned the conduct of their officers through inaction and by maintaining customs or policies of indifference to excessive force and unlawful arrest.

30. As a direct and proximate result of the acts and omissions of the Defendants, Plaintiff has suffered physical pain and suffering, emotional distress, humiliation, economic loss, ongoing medical expenses, and impairment of his quality of life.

31. Plaintiff brings this action not only for personal redress, but to challenge the court-invented doctrines — such as "qualified immunity" and "police powers" — which are not rooted in the Constitution or statute, and which serve only to insulate wrongdoers and deny justice to the injured.

## COUNT 1: UNLAWFUL SEIZURE AND FALSE ARREST

### (Fourth Amendment; 42 U.S.C. § 1983)

32. Plaintiff realleges and incorporates by reference all prior paragraphs as if fully set forth herein.

33. Defendants Mizell, Herrera, Devine, and Does 1–10, acting under color of state law, did seize and arrest Plaintiff without probable cause, warrant, or legal justification.

34. At all relevant times, Plaintiff was lawfully present in a public parking area, violating no statute, ordinance, or posted rule. Defendants made no reasonable investigation or inquiry into the facts before detaining Plaintiff.

35. Plaintiff's arrest was based solely on a false and uncorroborated accusation, and not supported by any objective evidence or articulable suspicion of criminal activity.

36. The criminal charges brought against Plaintiff as a result of this arrest were subsequently dropped, further confirming the lack of lawful basis.

37. Defendants' actions violated Plaintiff's right to be free from unreasonable seizures as guaranteed by the Fourth Amendment.

38. As a direct and proximate result, Plaintiff suffered physical, mental, and economic injuries as described above.

## COUNT 2: EXCESSIVE FORCE

### (Fourth Amendment; 42 U.S.C. § 1983)

39. Plaintiff realleges and incorporates by reference all prior paragraphs.

40. In the course of Plaintiff's seizure and arrest, Defendants Mizell, Herrera, Devine, and Does 1–10 used force grossly disproportionate to any lawful need, including violently twisting Plaintiff's arms and applying handcuffs with excessive, injurious force.

41. Medical records confirm that this conduct resulted in a traumatic tear of the TFCC of Plaintiff's right wrist, a split tear of the *extensor carpi ulnaris tendon*, a herniated lumbar disc, and ongoing chronic pain and disability (see Exhibit A).

42. At no time did Plaintiff pose a threat to the officers or to public safety, nor did he resist or attempt to flee.

43. Defendants' use of force was objectively unreasonable under the circumstances and violated clearly established Fourth Amendment rights.

44. As a direct and proximate result, Plaintiff suffered severe and permanent injury, physical pain, and emotional distress.

## COUNT 3: MONELL CLAIM — UNCONSTITUTIONAL POLICY, CUSTOM, OR FAILURE TO TRAIN

### (Against Port of Galveston Police Department and City of Galveston)

45. Plaintiff realleges and incorporates by reference all prior paragraphs.

46. Defendants Port of Galveston Police Department and City of Galveston, through their agents and policymakers (including Brown and Devine), maintained or permitted policies, practices, or customs that directly led to the violations of Plaintiff's rights.

47. These policies and customs include, but are not limited to:

   a. Tolerance or encouragement of excessive force – a policy of *"forced compliance"*;

   b. Failure to investigate or discipline officers for use of force and unlawful arrest;

   c. Failure to adequately train and supervise officers in lawful arrest procedures and use of force;

   d. Ratification of wrongful conduct after the fact.

48. The unconstitutional acts of Mizell, Herrera, and others were foreseeable results of these failures, and occurred with the acquiescence or deliberate indifference of policymakers.

49. As a direct and proximate result, Plaintiff suffered the injuries set forth above.

## COUNT 4: VIOLATION OF DUE PROCESS AND EQUAL PROTECTION

### (Fourteenth Amendment; 42 U.S.C. § 1983)

50. Plaintiff realleges and incorporates by reference all prior paragraphs.

51. Defendants deprived Plaintiff of liberty and property without due process of law, acting arbitrarily, capriciously, and in deliberate disregard of Plaintiff's constitutional rights.

52. Defendants' actions were motivated by, or resulted in, discriminatory and unequal treatment of Plaintiff, in violation of the Fourteenth Amendment.

## COUNT 5: CHALLENGE TO JUDICIALLY-CREATED DOCTRINES AS UNCONSTITUTIONAL

### (First Amendment; Seventh Amendment; 42 U.S.C. § 1983)

53. Plaintiff realleges and incorporates by reference all prior paragraphs.

54. Plaintiff asserts that doctrines such as *"qualified immunity,"* *"police powers,"* and related judicial inventions, have no basis in the text or original intent of 42 U.S.C. § 1983 or the Constitution for the United States of America.

55. These doctrines operate as a secular "civil religion" — imposed by government power, enforced by custom, and maintained by judicial decree — contrary to the First Amendment's prohibition on establishment of religion.

56. The routine elevation of these doctrines above the clear language of Congress and the Constitution constitutes the substitution of judicial opinion for law, and denies both due process and the right of trial by jury as secured by the Seventh Amendment.

57. Such judicially-imagined doctrines protect and encourage wrongdoing by people and persons acting under or on behalf the government, at every level of government (federal, state, local, etc), and by virtue of their application as if they are law cause harm to the Plaintiff and to the people at large.

58. By creating, applying, and maintaining doctrines — such as "police powers" or "qualified immunity" — which have no basis in statute or the Constitution, the judiciary has arrogated to itself the legislative function, in violation of the separation of powers.

59. The United States Constitution vests the power to make law exclusively in Congress, while the Tenth Amendment defers any authority not granted to the United States to the several States or the people. Judicial doctrines cannot lawfully override the acts of Congress nor the rights of the people, by adding to or subtracting from that which is written in law.

60. The Tenth Amendment was never intended to be an open-ended license for courts or government actors to invent new powers or immunities, but rather to *limit* government by ensuring all authority flows from the Constitution and the organic laws upon which it rests.

61. Plaintiff seeks a declaratory judgment that the application of *"qualified immunity"* and similar doctrines that, in this case and in general, is unconstitutional and void.

62. Plaintiff further asserts that no court-made doctrine may shield Defendants from liability for trespass against the rights of the people, of whom Plaintiff is one, and demands the full opportunity to present his claims to a jury of twelve.

## DAMAGES

63. Plaintiff restates and incorporates all preceding paragraphs.

64. As a direct and proximate result of Defendants' acts and omissions, Plaintiff has suffered, and continues to suffer, severe and permanent physical injuries, including but not limited to:

    o Traumatic tear of the *triangular fibrocartilage* complex (TFCC) of the right wrist;

    o Longitudinal split tear of the *extensor carpi ulnaris* tendon;

    o Herniated lumbar disc at L5-S1 with nerve root involvement;

    o Chronic pain, weakness, and functional limitations;

    o Ongoing risk of further surgical intervention.

65. Plaintiff has incurred substantial and continuing **medical expenses** exceeding $20,000 to date, with future costs anticipated for ongoing treatment, rehabilitation, and possible surgery.

66. Plaintiff has endured significant **economic damages**, including loss of income, loss of earning capacity, and loss of opportunity.

67. Plaintiff has suffered profound **emotional and psychological harm**, including humiliation, anxiety, distress, and impairment of the enjoyment of life.

68. No amount of money can truly compensate for the violation of one's liberty, bodily integrity, and peace of mind. The harm suffered by Plaintiff is of such a character that it transcends financial value.

69. However, to deter further government trespass, and to highlight the gravity of the wrongs, Plaintiff demands damages in the amount of **Four Hundred Ninety Million Dollars ($490,000,000),** and further demands this sum in lawful money of the United States pursuant to 12 U.S. Code § 411. This sum is chosen in reference to the teaching of Jesus Christ, who said to forgive "seventy times seven" times (Matthew 18:22). This figure symbolizes the incalculable value of forgiveness and justice, and stands as a call to the conscience of this Court and the people that law that are just in the eyes of God the Father must not be subverted by doctrines invented by man.

70. Plaintiff specifically demands:

- **Compensatory damages** for all economic and non-economic harm,
- **Punitive damages** against each individual defendant whose conduct was willful, reckless, or malicious,
- **Declaratory and injunctive relief** as requested herein,
- **Attorney's fees and costs** under 42 U.S.C. § 1988,
- **Such other and further relief as the Court deems just and proper.**

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that this Court:

a) Enter judgment in favor of Plaintiff and against all Defendants, jointly and severally, for compensatory and punitive damages in an amount to be determined by a jury, and not less than Four-Hundred-Ninety-Million Dollars ($490,000,000) in lawful money of the United States, per 12 U.S.C. § 411;

b) Issue a declaratory judgment that the acts, omissions, policies, and customs of Defendants violated Plaintiff's constitutional and statutory rights;

c) Issue a declaratory judgment that the application of "qualified immunity," "police powers," and related judicial doctrines to bar Plaintiff's claims is unconstitutional, unlawful, and void;

d) Enter an order enjoining Defendants and all people or persons in active concert or participation with them from further violation of Plaintiff's rights as set forth herein;

e) Award Plaintiff all taxable costs, disbursements, and reasonable litigation expenses incurred in connection with this action, and such further compensation as may be just and proper under the Constitution and laws of The United States of America, including, but not limited to, all costs recoverable under 28 U.S.C. § 1920 and Rule 54(d) of the Federal Rules of Civil Procedure;

f) Grant such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to the Seventh Amendment to the United States Constitution, the common law, and Rule 38 of the Federal Rules of Civil Procedure, Plaintiff expressly and deliberately demands a true trial by jury on all issues so triable at common law.

Plaintiff specifically objects to any procedure, practice, or rule that would permit a judge to override the unanimous verdict of the jury, or to seat fewer than twelve (12) jurors in the determination of facts. Plaintiff demands that the jury comprise no fewer than twelve (12) members, and that the final verdict be rendered by the jury alone, without judicial interference or substitution.

Plaintiff does **not** consent to the modern statutory "jury trial" procedure, but instead demands a constitutionally proper *trial by jury* as that term was understood at common law and at the time of the adoption of the Seventh Amendment.

## RESERVATION OF RIGHTS AND RIGHT TO AMEND

Plaintiff expressly reserves all rights, remedies, and objections available under law, equity, the Constitution of the United States, and all applicable statutes and the Organic Laws of the United States. Nothing in this complaint shall be construed as a waiver of any substantive or procedural right, including but not limited to the right to challenge any statute, doctrine, or practice as unconstitutional or *ultra vires*.

Plaintiff further expressly reserves the right to amend or supplement this complaint at any time as justice requires, including but not limited to the addition of new claims, causes of action, defendants, or factual allegations as may be revealed through discovery or investigation, or as otherwise permitted by Rule 15 of the Federal Rules of Civil Procedure.

Dated: June 30, 2025                          Respectfully submitted,

Alex Nguyen, *sui juris*

c/o 16115 Cochet Spring Drive
Spring, Texas

**VERIFICATION**

**(28 U.S.C. § 1746)**

I, Alex Nguyen, declare under penalty of perjury under the laws of the United States of

America that I have read the foregoing VERIFIED COMPLAINT FOR DAMAGES AND

DEMAND FOR TRIAL BY JURY and know its contents, and that the foregoing is true and

correct.

Executed on __7/01/2025__

_____
Alex Nguyen

# Exhibit A

*Broadway Injury and Rehab*
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 1                                                                                          5/28/2024

| Patient: | ALEX NGUYEN | Diagnosis: | 1. | M51.26 LUMBAR HERNIATION DISC |
| | 5130 MINT ORCHARD DR | | 2. | M25.531Pain in Right Wrist |
| | HOUSTON, TX 77066 | | 3. | M62.40 MUSCLE SPASM |
| | | | 4. | M25.60 JOINT OF STIFFNESS |
| Chart #: | NGUAL000 | | | |
| Case #: | 1801 | | | |

Instructions: Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|-----|-------|--------|
| 7/7/2023 | Office Visit (New PT) 30 mins | 99202 | | 1 2 3 4 | 1 | 250.00 |
| 7/7/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/7/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/7/2023 | Hot/Cold Pack | 97010 | | 1 2 3 4 | 1 | 65.00 |
| 7/7/2023 | Massage/15mins | 97124 | | 1 2 3 4 | 1 | 65.00 |
| 7/10/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/10/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/10/2023 | Hot/Cold Pack | 97010 | | 1 2 3 4 | 1 | 65.00 |
| 7/10/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/12/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/12/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/12/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/12/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/14/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/14/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/14/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/14/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/17/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/17/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/17/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/17/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/19/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/19/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/19/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/19/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/21/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/21/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |

Provider Information

| Provider Name: | Phillip Nguyen D.C. |
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| Total Charges: | $ 2145.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 2145.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release:  I hereby authorize payment of medical benefits to this physician for the services described above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

*Broadway Injury and Rehab*
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 2                                                                                                         5/28/2024

| Patient: | **ALEX NGUYEN**<br>5130 MINT ORCHARD DR<br>HOUSTON, TX 77066 | Diagnosis: | 1. M51.26 LUMBAR HERNIATION DISC<br>2. M25.531 Pain in Right Wrist<br>3. M62.40 MUSCLE SPASM<br>4. M25.60 JOINT OF STIFFNESS |
|---|---|---|---|

Chart #:   NGUAL000
Case #:    1801

Instructions:   Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 7/21/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/21/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/24/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/24/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/24/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/24/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/26/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/26/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/26/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/26/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/28/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/28/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/28/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/28/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 7/31/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 7/31/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 7/31/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 7/31/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/2/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/2/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/2/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 8/2/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/4/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/4/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/4/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 8/4/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/8/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |

**Provider Information**

| Provider Name: | Phillip Nguyen D.C. |
|---|---|
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| | |
|---|---|
| Total Charges: | $ 4100.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 1955.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

### Broadway Injury and Rehab
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 3                                                                                           5/28/2024

| Patient: | **ALEX NGUYEN**<br>5130 MINT ORCHARD DR<br>HOUSTON, TX 77066 | Diagnosis: | 1. M51.26 LUMBAR HERNIATION DISC<br>2. M25.531 Pain in Right Wrist<br>3. M62.40 MUSCLE SPASM<br>4. M25.60 JOINT OF STIFFNESS |
|---|---|---|---|

Chart #:   NGUAL000
Case #:    1801

Instructions:   Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 8/8/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/8/2023 | Ultrasound/15mins | 97035 | | 1 2 3 4 | 1 | 75.00 |
| 8/8/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/9/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/9/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/9/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 8/9/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/11/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/11/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/11/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/11/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/15/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/15/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/15/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 8/15/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/16/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/16/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/16/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/16/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/18/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/18/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/18/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 8/18/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/22/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/22/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/22/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/22/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |

**Provider Information**

| Provider Name: | Phillip Nguyen D.C. |
|---|---|
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| | |
|---|---|
| Total Charges: | $ 6155.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 2055.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

**Broadway Injury and Rehab**
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 4                                                                                          5/28/2024

| Patient: | ALEX NGUYEN<br>5130 MINT ORCHARD DR<br>HOUSTON, TX 77066 | Diagnosis: | 1. | M51.26 LUMBAR HERNIATION DISC |
|---|---|---|---|---|
| | | | 2. | M25.531 Pain In Right Wrist |
| | | | 3. | M62.40 MUSCLE SPASM |
| | | | 4. | M25.60 JOINT OF STIFFNESS |
| Chart #: | NGUAL000 | | | |
| Case #: | 1801 | | | |

Instructions:    Complete the patient information portion of your own insurance claim form.  Attach this bill, signed and dated, and all other bills pertaining to the claim.  If you have a deductible policy, hold your claim forms until you have met your deductible.  Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 8/23/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/23/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/23/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 8/23/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/25/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/25/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/25/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/25/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/29/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/29/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/29/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 8/29/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 8/30/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 8/30/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 8/30/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 8/30/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/1/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/1/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/1/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 9/1/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/5/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/5/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/5/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 9/5/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/6/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/6/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/6/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |

**Provider Information**

| Provider Name: | Phillip Nguyen D.C. |
|---|---|
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| Total Charges: | $ 8225.00 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 2070.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release:    I hereby authorize payment of medical benefits to this physician for the services described above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____    Date: _____

### Broadway Injury and Rehab
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 5                                                                                      5/28/2024

| Patient: | ALEX NGUYEN | Diagnosis: | 1. | M51.26 LUMBAR HERNIATION DISC |
|---|---|---|---|---|
| | 5130 MINT ORCHARD DR | | 2. | M25.531Pain in Right Wrist |
| | HOUSTON, TX 77066 | | 3. | M62.40 MUSCLE SPASM |
| | | | 4. | M25.60 JOINT OF STIFFNESS |
| Chart #: | NGUAL000 | | | |
| Case #: | 1801 | | | |

Instructions:   Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 9/6/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/8/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/8/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/8/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 9/8/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/12/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/12/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/12/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 9/12/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/13/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/13/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/13/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 9/13/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/15/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/15/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/15/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 9/15/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/19/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/19/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/19/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 9/19/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/22/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/22/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/22/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 9/22/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/26/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/26/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |

| Provider Information | | | |
|---|---|---|---|
| Provider Name: | Phillip Nguyen D.C. | Total Charges: | $ 10270.00 |
| License: | D.C.9636 | Total Payments: | $ 0.00 |
| Commercial PIN: | | Total Adjustments: | $ 0.00 |
| SSN or EIN: | 81-4845777 | **Total Due This Visit:** | **$ 2045.00** |
| | | Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____        Date: _____

**Broadway Injury and Rehab**
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 6

5/28/2024

| Patient: | ALEX NGUYEN | Diagnosis: | 1. | M51.26 LUMBAR HERNIATION DISC |
|---|---|---|---|---|
| | 5130 MINT ORCHARD DR | | 2. | M25.531Pain in Right Wrist |
| | HOUSTON, TX 77066 | | 3. | M62.40 MUSCLE SPASM |
| | | | 4. | M25.60 JOINT OF STIFFNESS |

Chart #:   NGUAL000
Case #:   1801

Instructions:   Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 9/26/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 9/26/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 9/29/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 9/29/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 9/29/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 9/29/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 10/3/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 10/3/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 10/3/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 10/3/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 10/10/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 10/10/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 10/10/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 10/10/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 10/17/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 10/17/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 10/17/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 10/17/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 10/24/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 10/24/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 10/24/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 10/24/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 10/31/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 10/31/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 10/31/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 10/31/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 11/7/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |

**Provider Information**

| Provider Name: | Phillip Nguyen D.C. |
|---|---|
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| Total Charges: | $ 12320.00 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 2050.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____     Date: _____

### Broadway Injury and Rehab
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 7

5/28/2024

| Patient: | ALEX NGUYEN |
| | 5130 MINT ORCHARD DR |
| | HOUSTON, TX 77066 |

Diagnosis:
1. M51.26 LUMBAR HERNIATION DISC
2. M25.531Pain in Right Wrist
3. M62.40 MUSCLE SPASM
4. M25.60 JOINT OF STIFFNESS

Chart #: NGUAL000
Case #: 1801

Instructions: Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|-----|-------|--------|
| 11/7/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 11/7/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 11/7/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 11/14/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 11/14/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 11/14/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 11/14/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 11/21/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 11/21/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 11/21/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 11/21/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 11/28/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 11/28/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 11/28/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 11/28/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 12/5/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 12/5/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 12/5/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 12/5/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 12/12/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 12/12/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 12/12/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 12/12/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 12/19/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 12/19/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 12/19/2023 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 12/19/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |

Provider Information

| Provider Name: | Phillip Nguyen D.C. |
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| Total Charges: | $ 14390.00 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 2070.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____    Date: _____

**Broadway Injury and Rehab**
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 8                                                                                                     5/28/2024

| Patient: | ALEX NGUYEN | Diagnosis: | 1. | M51.26 LUMBAR HERNIATION DISC |
|---|---|---|---|---|
| | 5130 MINT ORCHARD DR | | 2. | M25.531 Pain In Right Wrist |
| | HOUSTON, TX 77066 | | 3. | M62.40 MUSCLE SPASM |
| | | | 4. | M25.60 JOINT OF STIFFNESS |
| Chart #: | NGUAL000 | | | |
| Case #: | 1801 | | | |

Instructions:   Complete the patient information portion of your own insurance claim form.  Attach this bill, signed and dated, and all other bills pertaining to the claim.  If you have a deductible policy, hold your claim forms until you have met your deductible.  Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 12/27/2023 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 12/27/2023 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 12/27/2023 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 12/27/2023 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 1/3/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 1/3/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 1/3/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 1/3/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 1/9/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 1/9/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 1/9/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 1/9/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 1/17/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 1/17/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 1/17/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 1/17/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 1/23/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 1/23/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 1/23/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 1/23/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 1/30/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 1/30/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 1/30/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 1/30/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 2/6/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 2/6/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 2/6/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |

| Provider Information | | | |
|---|---|---|---|
| Provider Name: | Phillip Nguyen D.C. | Total Charges: | $ 16460.00 |
| License: | D.C.9636 | Total Payments: | $ 0.00 |
| Commercial PIN: | | Total Adjustments: | $ 0.00 |
| SSN or EIN: | 81-4845777 | **Total Due This Visit:** | **$ 2070.00** |
| | | Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

### Broadway Injury and Rehab
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 9                                                                                      5/28/2024

| | | | |
|---|---|---|---|
| Patient: | **ALEX NGUYEN**<br>5130 MINT ORCHARD DR<br>HOUSTON, TX 77066 | Diagnosis: | 1.  M51.26 LUMBAR HERNIATION DISC<br>2.  M25.531Pain in Right Wrist<br>3.  M62.40 MUSCLE SPASM<br>4.  M25.60 JOINT OF STIFFNESS |
| Chart #: | NGUAL000 | | |
| Case #: | 1801 | | |

Instructions:   Complete the patient information portion of your own insurance claim form.  Attach this bill, signed and dated, and all other bills pertaining to the claim.  If you have a deductible policy, hold your claim forms until you have met your deductible.  Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 2/6/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 2/13/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 2/13/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |
| 2/13/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1  2  3  4 | 1 | 85.00 |
| 2/13/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 2/20/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 2/20/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |
| 2/20/2024 | Myofascial Release | 97140 | | 1  2  3  4 | 1 | 85.00 |
| 2/20/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 2/27/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 2/27/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |
| 2/27/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1  2  3  4 | 1 | 85.00 |
| 2/27/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 3/5/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 3/5/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |
| 3/5/2024 | Myofascial Release | 97140 | | 1  2  3  4 | 1 | 85.00 |
| 3/5/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 3/12/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 3/12/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |
| 3/12/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1  2  3  4 | 1 | 85.00 |
| 3/12/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 3/19/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 3/19/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |
| 3/19/2024 | Myofascial Release | 97140 | | 1  2  3  4 | 1 | 85.00 |
| 3/19/2024 | Theraputic Exercise/15mins | 97110 | | 1  2  3  4 | 1 | 90.00 |
| 3/26/2024 | Traction Mechanical | 97012 | | 1  2  3  4 | 1 | 65.00 |
| 3/26/2024 | EMS unattend/15mins | 97014 | | 1  2  3  4 | 1 | 65.00 |

**Provider Information**

| | | | |
|---|---|---|---|
| Provider Name: | Phillip Nguyen D.C. | Total Charges: | $ 18505.00 |
| License: | D.C.9636 | Total Payments: | $ 0.00 |
| Commercial PIN: | | Total Adjustments: | $ 0.00 |
| SSN or EIN: | 81-4845777 | **Total Due This Visit:** | **$ 2045.00** |
| | | Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

### Broadway Injury and Rehab
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 10                                                                                          5/28/2024

| Patient: | **ALEX NGUYEN**<br>5130 MINT ORCHARD DR<br>HOUSTON, TX 77066 | Diagnosis: | 1. M51.26 LUMBAR HERNIATION DISC<br>2. M25.531 Pain in Right Wrist<br>3. M62.40 MUSCLE SPASM<br>4. M25.60 JOINT OF STIFFNESS |
|---|---|---|---|

Chart #:    NGUAL000
Case #:     1801

Instructions:    Complete the patient information portion of your own insurance claim form.  Attach this bill, signed and dated, and all other bills pertaining to the claim.  If you have a deductible policy, hold your claim forms until you have met your deductible.  Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 3/26/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 3/26/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 4/2/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 4/2/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 4/2/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 4/2/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 4/9/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 4/9/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 4/9/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 4/9/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 4/16/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 4/16/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 4/16/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 4/16/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 4/23/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 4/23/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 4/23/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 4/23/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 4/30/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 4/30/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 4/30/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 4/30/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 5/7/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |
| 5/7/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 5/7/2024 | Chiro. Manipulation/1-2 areas | 98940 | | 1 2 3 4 | 1 | 85.00 |
| 5/7/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 5/14/2024 | Traction Mechanical | 97012 | | 1 2 3 4 | 1 | 65.00 |

**Provider Information**

| Provider Name: | Phillip Nguyen D.C. |
|---|---|
| License: | D.C.9636 |
| Commercial PIN: | |
| SSN or EIN: | 81-4845777 |

| Total Charges: | $ 20555.00 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 2050.00** |
| Total Account Balance: | $ 20,930.00 |

Assign and Release:    I hereby authorize payment of medical benefits to this physician for the services described above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

*Broadway Injury and Rehab*
4010 Broadway St.
Houston, TX 77087
(713)928-5501

Page: 11                                                                                    5/28/2024

| | | |
|---|---|---|
| Patient: | **ALEX NGUYEN**<br>**5130 MINT ORCHARD DR**<br>**HOUSTON, TX 77066** | Diagnosis: 1. M51.26 LUMBAR HERNIATION DISC<br>2. M25.531 Pain in Right Wrist<br>3. M62.40 MUSCLE SPASM<br>4. M25.60 JOINT OF STIFFNESS |
| Chart #: | NGUAL000 | |
| Case #: | 1801 | |

Instructions:   Complete the patient information portion of your own insurance claim form.  Attach this bill, signed and dated, and all other bills pertaining to the claim.  If you have a deductible policy, hold your claim forms until you have met your deductible.  Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 5/14/2024 | EMS unattend/15mins | 97014 | | 1 2 3 4 | 1 | 65.00 |
| 5/14/2024 | Myofascial Release | 97140 | | 1 2 3 4 | 1 | 85.00 |
| 5/14/2024 | Theraputic Exercise/15mins | 97110 | | 1 2 3 4 | 1 | 90.00 |
| 5/14/2024 | Office visit (Established PT) 10 mins | 99212 | | 1 2 3 4 | 1 | 200.00 |

| Provider Information | | | |
|---|---|---|---|
| Provider Name: | Phillip Nguyen D.C. | Total Charges: | $ 20930.00 |
| License: | D.C.9636 | Total Payments: | $ 0.00 |
| Commercial PIN: | | Total Adjustments: | $ 0.00 |
| SSN or EIN: | 81-4845777 | **Total Due This Visit:** | **$ 375.00** |
| | | Total Account Balance: | $ 20,930.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____        Date: _____

NGUYEN, ALEX T **DOB:** ▓▓▓▓▓ (▓▓▓▓) Acc No. ▓▓▓▓ DOS: 04/26/2024



**NGUYEN, ALEX T**

▓▓▓▓▓▓▓▓▓▓▓▓
Account Number: ▓▓▓▓
5130 MINT ORCHARD DR, HOUSTON, TX-77066-2572
Home: 832-561-1950
Guarantor: NGUYEN, ALEX T    Insurance: SELF PAY
Referring: PHILLIP NGUYEN
Appointment Facility: SPRING-Minivasive Pain & Orthopedics

04/26/2024                                                                                     JULIA RAQUEL

**Reason for Appointment**
1. Right Wrist Pain

**History of Present Illness**
ORTHOPEDICS:
    Patient is following up after Right Wrist Injection and reports moderate relief. Denies any complications from the procedure. Patient also reports moderately improved range of motion and activity tolerance since procedure.
INCITING EVENT INFO::
    INCIDENT: Assault by officer.
    DATE OF INCIDENT (On or Around): 07/04/2023.
    DETAILS: Assaulted by officer.
RELATED INFORMATION::
    LOCATION Low Back, Right Wrist ,
    ONSET: After inciting event described above, Denies pain symptoms prior to inciting event.
    RADIATION Bilateral Hips/Buttocks, Left Leg.
    TIMING: Intermittent.
    SEVERITY: Moderately Severe- Low Back , , Mild - Right Wrist.
    NATURE: Sharp, Cramping - Low Back.
    AGGRAVATED BY: Bending , Walking , Standing , Squatting , Sitting , Lifting , Reaching , Physical activity , Stooping , Stress , Twisting , Turning , Prolonged positions , Raising Arm , Gripping , Movements , Lying down.
    RELIEVED BY: Medications.
    ASSOCIATED SYMPTOMS: Weakness (right hand), Stiffness, Pressure, Soreness, Spasms, Numbness and tingling in left leg.
    AFFECTED ADLS: Physical Function, Family and Social Life, Sleep Patterns, Work, Hobbies, Quality of Life.
    THERAPY: Continues as instructed by Chiro/PT.
    MEDICATION USE: Uses Only As Needed.
    WORK STATUS: Regular duty: Family Restaurant.
    PREVIOUS INCIDENTS: Denies.
    TREATED BY A OUTSIDE PAIN PHYSICIAN CURRENTLY OR PREVIOUSLY: Admits - Dr Phillip.
    CHRONIC OPIOID USE: Denies.
    PREVIOUS INJECTIONS IN AREA OF PAIN: Admits - Work Related:  low back (2019).
    PREVIOUS SURGERIES IN AREA OF PAIN: Denies.
    RISK ASSESSMENT UPDATED ON: 04/26/2024.
    DAST-10: less than or equal to < 6.
    AUDIT-C: less than or equal to < 4.
    GAD-7: 14, Has a good support system, Has good coping skills.
    PHQ-2: Little interest or pleasure in doing things:1, Feeling down, depressed or hopeless:1.

**Current Medications**
Not-Taking/PRN
•  Cyclobenzaprine HCl
Medication List reviewed and reconciled with the patient

**Past Medical History**
    Patient denies any significant contributory past medical history.

**Surgical History**
    Right Wrist Injection 03/05/2024

**Family History**
Patient denies any significant contributory family history.

NGUYEN, ALEX T ~~DOB:~~ ~~DOS: 04/26/2024~~ DOS: 04/26/2024

**Social History**
Social drinker Non-smoker.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
GENERAL:
    Fatigue denies. Weight Loss denies. Fever or Chills denies. Decreased Appetite denies. Weight Gain denies.
HEENT:
    Blind Field of Vision denies. Hearing Loss / Ringing denies. Dysphagia denies.
CARDIO::
    Chest Pain denies. Palpitations denies. Swelling in Feet denies.
RESP::
    Chronic Bronchitis denies. Persistent Coughing denies.
GI::
    Constipation denies. Nausea denies. Vomiting denies.
GU::
    Incontinence denies. Bloody Urine denies.
SKIN::
    Bruises denies. Rash denies. Open Wounds denies.
PSYCH::
    Anxiety admits. Stress Reaction denies. Depression admits. Insomnia denies.
MSK::
    Other **See HPI for this symptom review.**
NEURO::
    Other **See related information for this symptom review.**
Endocrine:
    Cold intolerance denies. Heat intolerance denies.

**Vital Signs**
HR: 73 /min, BP: 150/86 mm Hg, Wt: 127 lbs, BMI: 21.8 index, Ht: 64 in, Ht-cm: 162.56 cm, Wt-kg: 57.61 kg.

**Examination**
GENERAL EXAMINATION:
    GENERAL APPEARANCE: Patient is well developed, appears stated age with no gross abnormalities.
    HEENT: Normocephalic, eye lids and conjunctivae are clear with no discharge, vision is grossly intact, hearing grossly intact, no nasal discharge, lips, teeth, and gingiva in good general condition.
    HEART: Cardiovascularly intact with warm and well perfused extremities without cyanosis or pallor.
    LUNGS: Normal respiratory effort. Unlabored breathing without use of accessory muscles.
    ABDOMEN: Non-distended.
    PSYCH: Cognitive function intact, cooperative with exam, good eye contact, judgement and insight good, mood/affect full range, speech clear .
PHYSICAL EXAMINATION:
    RIGHT WRIST/HAND: No evidence of any skin lesions or lacerations. There is - tenderness, -swelling, -deformity. There is no evidence of Right wrist/hand instability on provocative testing. Wrist/Hand ROM – 70 degrees palmar flexion, 80 degrees dorsiflexion, 20 degrees radial deviation, 20 degrees ulnar deviation. Normal finger motion. Right hand grip strength - 4/5. 2+ radial pulse with good capillary refill. .

**Assessments**
1. Pain in right wrist - M25.531 (Primary)
2. Chronic pain due to trauma - G89.21
3. Encounter for screening examination for other mental health and behavioral disorders - Z13.39

-------------------------------------------------------------------------------------------------------
PLAN: Patient presents with pain c/w diagnosis above causally related to the incident. Patient has multiple pain generators and a multi-modal pain management treatment plan was discussed with the patient and reviewed in detail. All questions invited and answered. Moderate complexity decision making today. I went over prognosis, treatment options, and expectations going forward with the patient in detail. Advised continuation of home PT/exercises to maintain function and pain control. Given incurred injuries and pain symptoms, patient may need future treatments including chiro / physical therapy, medications, interventional procedures, or surgical evaluation as pain can return without incident.
--------
DIAGNOSTICS AND RECORDS REVIEWED BELOW:
-PMP reviewed: 04/26/2024: compliant
-Medical Records Reviewed: Previous progress note - 02/20/2024

NGUYEN, ALEX T ~~██████████████████████~~ DOS: 04/26/2024

MRI RIGHT WRIST WO CONTRAST 11/07/2023
1. TFCC articular disc proper central perforation with mild distal radioulnar joint effusion. Mild lunate subchondral bone marrow edema of the proximal surface.
2. Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis of the ulnocarpal segment.
--------
MEDICATIONS: Continue as needed.
--------
CC: Dr. Phillip Nguyen
--------
I, RD, scribed portions of this note on behalf of Julia Raquel, NP-C, supervised by Edward Lee MD.

**Treatment**
**1. Pain in right wrist**
Notes: I have recommended home exercises program with gradual return to normal activities as tolerated.


**Preventive Medicine**
PHYSICAL THERAPY AND EXERCISE PROGRAM: Continue with formal program as directed by chiro. In addition, we went over the benefits of a home exercise/stretching/strengthening program for treatment of pain concurrently with pain medications and recommended to do daily to maintain/improve function. Exercises explained and given. Advised home PT modalities including but not limited to heat/ice, home remedies, proper diet and nutrition, BMI weight management, support braces, and activity modification.
DIAGNOSIS COUNSELING: Diagnosis discussed with the treatment plan above and alternative options were given. Patient was educated about the etiology and causes of their current pain.
RX MEDICATION COUNSELING: Risks, benefits, and alternatives of medications were thoroughly discussed with patient.
Patient was instructed not to drive or operate heavy machinery while on sedating medications including muscle relaxants and neuropathic agents.

**Procedure Codes**
96160 PT-FOCUSED HLTH RISK ASSMT
96127 BRIEF EMOTIONAL/BEHAV ASSMT, Units: 2.00
G8427 DOC MEDS VERIFIED W/PT OR RE

**Follow Up**
prn


Electronically signed by EDWARD LEE M.D., MD on 04/29/2024 at 08:02 AM CDT

**Sign off status: Completed**

---

**SPRING-Minivasive Pain & Orthopedics**
**3301 SPRING STUEBNER RD**
**STE 110**
**SPRING, TX 77389-5195**
**Tel: 346-800-6001**
**Fax: 346-800-6002**

---

NGUYEN, ALEX T ~~DOB:~~ ███████████████████████████████ **DOS:** 04/26/2024

---

**Progress Note: JULIA RAQUEL     04/26/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

*MRN:* MR00052187    *Name:* Nguyen, Alex    *Exam Date:* 11/7/2023 9:34 AM

# TOWNSEN MEMORIAL HOSPITAL
## IMAGING

**3301 Spring Stuebner Rd, Suite 120 Spring, TX 77389 PH: (281)-407-5760 FAX: (281) 801-4094**

| | |
|---|---|
| **Name: Nguyen, Alex** | **Exam Date:** 11/7/2023 9:34 AM |
| **DOB:** ▇▇▇▇▇▇ | **Physician:** NGUYEN, PHILLIP |
| **MRN: MR00052187** | **Exam:** MR wrist RT wo con |

**MRI RIGHT WRIST WITHOUT CONTRAST**

**INDICATION:** Right wrist pain.

**COMPARISON:** None.

**TECHNIQUE:** Multiplanar multisequence MR images of the wrist obtained without the administration of intravenous contrast.

**FINDINGS:**

**EXTENSOR TENDONS:**
Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis of the ulnocarpal segment. The remaining extensor tendons of the wrist are normal in appearance.

**FLEXOR TENDONS:**
The flexor tendons of the wrist are normal in appearance.

**MEDIAN NERVE:**
The median nerve is normal in morphology and appearance. No evidence of flexor retinaculum deformity/bowing.

**TRIANGULAR FIBROCARTILAGE COMPLEX:**
Central perforation of the articular disc proper. Mild distal radioulnar joint effusion. Mild lunate subchondral bone marrow edema of the proximal surface. The triangular ligament is normal in appearance. The foveal and ulnar styloid attachments are normal in appearance. The dorsal and volar radioulnar ligaments are normal in appearance. The prestyloid recess is normal in appearance. The meniscal homologue is normal in appearance.

**DORSAL AND VOLAR INTERCARPAL LIGAMENTS:**
The dorsal and volar intercarpal ligaments are intact.

**OTHER:**
The remaining intrinsic and extrinsic ligaments of the wrist are normal in appearance. The musculotendinous structures of the wrist are unremarkable.

**JOINTS:**
The joints are normal in appearance.

**MARROW:**
Mild lunate subchondral bone marrow edema of the proximal surface.

**SOFT TISSUES:**
The soft tissues are unremarkable.

**IMPRESSION:**

1. TFCC articular disc proper central perforation with mild distal radioulnar

page 1 of 2

*MRN:* MR00052187    *Name:* Nguyen, Alex    *Exam Date:* 11/7/2023 9:34 AM

Joint effusion. Mild lunate subchondral bone marrow edema of the proximal surface.

2. Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis of the ulnocarpal segment.

Chad Porter, M.D.
*Board-Certified by The American Board of Radiology*
*Fellowship Trained in Musculoskeletal & Spine Radiology*

**Dictated & Signed By:**          Porter, MD, Chad T.          **Signed On:**          11/7/2023 5:21 PM

page 2 of 2

*MRN:* MR00052187    *Name:* Nguyen, Alex    *Exam Date:* 11/7/2023 9:34 AM

# TOWNSEN MEMORIAL HOSPITAL
## IMAGING

**3301 Spring Stuebner Rd, Suite 120 Spring, TX 77389 PH: (281)-407-5760 FAX: (281) 801-4094**

| | | |
|---|---|---|
| Name: Nguyen, Alex | Exam Date: | 11/7/2023 9:34 AM |
| | Physician: | NGUYEN, PHILLIP |
| MRN: MR00052187 | Exam: | MR lumbar spine wo con |

MRI LUMBAR SPINE WITHOUT CONTRAST

INDICATION: Low back pain.

COMPARISON: None.

TECHNIQUE: Multiplanar multisequence images were obtained through the lumbar spine without administration of intravenous contrast.

FINDINGS:

VERTEBRAE/ALIGNMENT:
Straightening of normal lumbar lordotic curvature. No evidence of acute fracture. The vertebral body heights are preserved.

SPINAL CORD:
The conus medullaris and nerve roots are normal with conus terminating at the T12-L1 level. No evidence of intramedullary or extramedullary mass lesions.

SOFT TISSUES:
The included paraspinal soft tissues are unremarkable.

SPECIFIC LEVELS:

L5-S1: Posterior left central 4.8 mm disc extrusion (herniation) with 5 mm inferior disc migration and 12 mm posterior left central annular fissure (high intensity zone). Disc extrusion contacts the descending left S1 nerve root in the lateral recess. Moderate central canal stenosis, measuring 8 mm in AP dimension. Mild bilateral neural foraminal stenosis.

L4-L5: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

L3-L4: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

L2-L3: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

L1-L2: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

IMPRESSION:

L5-S1: Posterior left central 4.8 mm disc extrusion (herniation) with 5 mm inferior disc migration and 12 mm posterior left central annular fissure (high intensity zone). Disc extrusion contacts the descending left S1 nerve root in the lateral recess. Moderate central canal stenosis, measuring 8 mm in AP dimension. Mild bilateral neural foraminal stenosis.

page 1 of 2

*MRN:* MR00052187      *Name:* Nguyen, Alex      *Exam Date:* 11/7/2023 9:34 AM

\*The definitions in this report, including definitions of disc bulge, disc herniation, protrusion, and extrusion, are from the following peer reviewed journal: Lumbar Disc Nomenclature Version 2.0, Recommendations of the Combined Task Forces of the North American Spine Society, The American Society of Spine Radiology, and The American Society of Neuroradiology; The Spine Journal 14 (2014) 2525-2545.

\*Note that a normal MRI does not exclude certain pathologies, including pathologies involving the nerves and facet joints. A normal MRI should not supersede abnormalities detected with physical exam.

Chad Porter, M.D.
*Board-Certified by The American Board of Radiology*
*Fellowship Trained in Musculoskeletal & Spine Radiology*

**Dictated & Signed By:**          Porter, MD, Chad T.              **Signed On:**      11/7/2023 1:51 PM

MRN: MR00052187    *Name:* Nguyen, Alex    *Exam Date:* 11/7/2023 9:34 AM

# TOWNSEN MEMORIAL HOSPITAL
## IMAGING

**3301 Spring Stuebner Rd, Suite 120 Spring, TX 77389 PH: (281)-407-5760 FAX: (281) 801-4094**

| | | |
|---|---|---|
| Name: Nguyen, Alex | Exam Date: | 11/7/2023 9:34 AM |
| | Physician: | NGUYEN, PHILLIP |
| MRN: MR00052187 | Exam: | MR wrist RT wo con |

MRI RIGHT WRIST WITHOUT CONTRAST

INDICATION: Right wrist pain.

COMPARISON: None.

TECHNIQUE: Multiplanar multisequence MR images of the wrist obtained without the administration of intravenous contrast.

FINDINGS:

EXTENSOR TENDONS:
Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis of the ulnocarpal segment. The remaining extensor tendons of the wrist are normal in appearance.

FLEXOR TENDONS:
The flexor tendons of the wrist are normal in appearance.

MEDIAN NERVE:
The median nerve is normal in morphology and appearance. No evidence of flexor retinaculum deformity/bowing.

TRIANGULAR FIBROCARTILAGE COMPLEX:
Central perforation of the articular disc proper. Mild distal radioulnar joint effusion. Mild lunate subchondral bone marrow edema of the proximal surface. The triangular ligament is normal in appearance. The foveal and ulnar styloid attachments are normal in appearance. The dorsal and volar radioulnar ligaments are normal in appearance. The prestyloid recess is normal in appearance. The meniscal homologue is normal in appearance.

DORSAL AND VOLAR INTERCARPAL LIGAMENTS:
The dorsal and volar intercarpal ligaments are intact.

OTHER:
The remaining intrinsic and extrinsic ligaments of the wrist are normal in appearance. The musculotendinous structures of the wrist are unremarkable.

JOINTS:
The joints are normal in appearance.

MARROW:
Mild lunate subchondral bone marrow edema of the proximal surface.

SOFT TISSUES:
The soft tissues are unremarkable.

IMPRESSION:

1. TFCC articular disc proper central perforation with mild distal radioulnar

*MRN:* MR00052187    *Name:* Nguyen, Alex    *Exam Date:* 11/7/2023 9:34 AM

joint effusion. Mild lunate subchondral bone marrow edema of the proximal
surface.

2. Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis of
the ulnocarpal segment.

Chad Porter, M.D.
*Board-Certified by The American Board of Radiology*
*Fellowship Trained in Musculoskeletal & Spine Radiology*

**Dictated & Signed By:**          Porter, MD, Chad T.          **Signed On:**          11/7/2023 5:21 PM

*MRN:* MR00052187　　*Name:* Nguyen, Alex　　*Exam Date:* 11/7/2023 9:34 AM

# TOWNSEN MEMORIAL HOSPITAL
## IMAGING

**3301 Spring Stuebner Rd, Suite 120 Spring, TX 77389 PH: (281)-407-5760 FAX: (281) 801-4094**

| | | |
|---|---|---|
| **Name: Nguyen, Alex** | **Exam Date:** | 11/7/2023 9:34 AM |
| | **Physician:** | NGUYEN, PHILLIP |
| **MRN: MR00052187** | **Exam:** | MR lumbar spine wo con |

MRI LUMBAR SPINE WITHOUT CONTRAST

INDICATION: Low back pain.

COMPARISON: None.

TECHNIQUE: Multiplanar multisequence images were obtained through the lumbar spine without administration of intravenous contrast.

FINDINGS:

VERTEBRAE/ALIGNMENT:
Straightening of normal lumbar lordotic curvature. No evidence of acute fracture. The vertebral body heights are preserved.

SPINAL CORD:
The conus medullaris and nerve roots are normal with conus terminating at the T12-L1 level. No evidence of intramedullary or extramedullary mass lesions.

SOFT TISSUES:
The included paraspinal soft tissues are unremarkable.

SPECIFIC LEVELS:

L5-S1: Posterior left central 4.8 mm disc extrusion (herniation) with 5 mm inferior disc migration and 12 mm posterior left central annular fissure (high intensity zone). Disc extrusion contacts the descending left S1 nerve root in the lateral recess. Moderate central canal stenosis, measuring 8 mm in AP dimension. Mild bilateral neural foraminal stenosis.

L4-L5: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

L3-L4: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

L2-L3: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

L1-L2: No evidence of disc disease or protrusion, central canal stenosis, or neural foraminal narrowing.

IMPRESSION:

L5-S1: Posterior left central 4.8 mm disc extrusion (herniation) with 5 mm inferior disc migration and 12 mm posterior left central annular fissure (high intensity zone). Disc extrusion contacts the descending left S1 nerve root in the lateral recess. Moderate central canal stenosis, measuring 8 mm in AP dimension. Mild bilateral neural foraminal stenosis.

MRN: MR00052187      Name: Nguyen, Alex      Exam Date: 11/7/2023 9:34 AM

*The definitions in this report, including definitions of disc bulge, disc herniation, protrusion, and extrusion, are from the following peer reviewed Journal: Lumbar Disc Nomenclature Version 2.0, Recommendations of the Combined Task Forces of the North American Spine Society, The American Society of Spine Radiology, and The American Society of Neuroradiology; The Spine Journal 14 (2014) 2525-2545.

*Note that a normal MRI does not exclude certain pathologies, including pathologies involving the nerves and facet joints. A normal MRI should not supersede abnormalities detected with physical exam.

Chad Porter, M.D.
*Board-Certified by The American Board of Radiology*
*Fellowship Trained in Musculoskeletal & Spine Radiology*

**Dictated & Signed By:**          Porter, MD, Chad T.          **Signed On:**          11/7/2023 1:51 PM



**MINIVASIVE**
**PAIN & ORTHOPEDICS**

**NGUYEN, ALEX T**

A▮▮▮▮▮▮▮▮▮▮▮▮
5130 MINT ORCHARD DR, HOUSTON, TX-77066-2572
Home: 832-561-1950
Guarantor: NGUYEN, ALEX T   Insurance: SELF PAY
Appointment Facility: SPRING-Minivasive Pain & Orthopedics

11/22/2023                                          FARAH MOAWAD, NP

## Reason for Appointment
1. Low Back Pain
2. Right Wrist Pain

## History of Present Illness
INTERVENTIONAL PAIN::
    I had the pleasure of seeing your patient Alex T. Nguyen in clinic today. Patient presents with complaints above following the incident detailed below. The pain from the incident still persist and is here to discuss options for pain treatment and relief. Patient does report a previous involvement in a work related injury in 2019, that resulted in low back pain, Mr. Nguyen reports with conservative effort and completion of two Low Back Injection (denies knowledge of injection name) with moderate relief. Mr. Nguyen reports during police assault, he was violently pinned onto his truck and handcuffed. He states despite chiropractor/physical therapy, HEP, rest/ice/heat, activity modification, and the use of prescribed analgesics, he continues to have pain symptoms and would like to discuss further treatment options. Patient denies any new trauma or injuries since the 7/4/23 assault.
INCITING EVENT INFO::
    DATE OF INCIDENT (On or Around): 07/04/2023.
    DETAILS: Assaulted by officer.
RELATED INFORMATION::
    LOCATION Low Back, Right Wrist.
    ONSET: After inciting event described above, Denies pain symptoms prior to inciting event.
    RADIATION Bilateral Hips/Buttocks, Left Leg.
    TIMING: Constant.
    SEVERITY: Moderately Severe.
    NATURE: Sharp, Cramping.
    AGGRAVATED BY: Bending , Walking , Standing , Squatting , Sitting , Lifting , Reaching , Physical activity , Stooping , Stress , Twisting , Turning , Prolonged positions , Raising Arm , Gripping , Movements , Lying down.
    RELIEVED BY: Medications.
    ASSOCIATED SYMPTOMS: Weakness (right hand), Stiffness, Pressure, Soreness, Spasms, Numbness and tingling in left leg.
    AFFECTED ADLS: Physical Function, Family and Social Life, Sleep Patterns, Work, Hobbies, Quality of Life.
    THERAPY: Continues as instructed by Chiro/PT.
    MEDICATION USE: Uses Only As Needed.
    WORK STATUS: Regular duty: Family Restaurant.
    PREVIOUS INCIDENTS: Denies.
    TREATED BY A OUTSIDE PAIN PHYSICIAN CURRENTLY OR PREVIOUSLY: Admits - Dr Phillip.
    CHRONIC OPIOID USE: Denies.
    PREVIOUS INJECTIONS IN AREA OF PAIN: Admits - Work Related:  low back (2019).
    PREVIOUS SURGERIES IN AREA OF PAIN: Denies.
    RISK ASSESSMENT UPDATED ON: 11/22/2023.
    DAST-10: less than or equal to < 6.
    AUDIT-C: less than or equal to < 4.
    GAD-7: 11, Has a good support system, Has good coping skills.
    PHQ-2: Little interest or pleasure in doing things:2, Feeling down, depressed or hopeless:2, Denies SI/HI.

## Current Medications
**Taking**
- Cyclobenzaprine HCl
Medication List reviewed and reconciled with the patient

## Past Medical History
    Patient denies any significant contributory past medical history.

## Surgical History
    No Surgical History documented

No Surgical History documented.

## Family History
Patient denies any significant contributory family history.

## Social History
Social drinker Non-smoker.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
GENERAL:
    Fatigue denies. Weight Loss denies. Fever or Chills denies. Decreased Appetite denies. Weight Gain denies.
HEENT::
    Blind Field of Vision denies. Hearing Loss / Ringing denies. Dysphagia denies.
CARDIO::
    Chest Pain denies. Palpitations denies. Swelling in Feet denies.
RESP::
    Chronic Bronchitis denies. Persistent Coughing denies.
GI::
    Constipation denies. Nausea denies. Vomiting denies.
GU::
    Incontinence denies. Bloody Urine denies.
SKIN::
    Bruises denies. Rash denies. Open Wounds denies.
PSYCH::
    Anxiety **admits**. Stress Reaction denies. Depression **admits**. Insomnia denies.
MSK::
    Other **See HPI for this symptom review**.
NEURO::
    Other **See related information for this symptom review**.
Endocrine:
    Cold intolerance denies. Heat intolerance denies.

## Vital Signs
HR: **64** /min, BP: **109/72** mm Hg, Wt: **128.4** lbs, BMI: **22.04** Index, Ht: 64 in, Ht-cm: 162.56 cm, Wt-kg: 58.24 kg.

## Examination
GENERAL EXAMINATION:
    GENERAL APPEARANCE: Patient is well developed, appears stated age with no gross abnormalities.
    HEENT: Normocephalic, eye lids and conjunctivae are clear with no discharge, vision is grossly intact, hearing grossly intact, no nasal discharge, lips, teeth, and gingiva in good general condition.
    HEART: Cardiovascularly intact with warm and well perfused extremities without cyanosis or pallor.
    LUNGS: Normal respiratory effort. Unlabored breathing without use of accessory muscles.
    ABDOMEN: Non-distended.
    SKIN: Warm and dry with normal texture and hair distribution.
    PSYCH: Cognitive function intact, cooperative with exam, good eye contact, judgment and insight good, mood/affect full range, speech clear.
NEUROMUSCULAR EXAM:
    PALPATION: Point tenderness noted with deep palpation over the lumbar spine with paravertebral spasms palpated Tenderness to palpation of the right wrist with visible guarding.
    SENSORY: Paresthesia and Light touch diminished along left L5 nerve distribution.
    ROM: LUMBAR: Range of motion with pain on Extension > 15 , Flexion > 45
    RIGHT WRIST: pain with extension and flexion at end ranges.
    DTR: Grossly intact.
    STRENGTH: decreased grip strength on right due to pain.
    TEST: LUMBAR: + Straight leg raise L . + Pain with axial loading and extension, rotation, with predominant facet rigidity @ L4-S1
    WADDELL'S SIGN: Waddell tests negative for Tenderness test, Stimulation tests, Distraction/Straight Leg test, Weakness/Sensory test, Over-reaction test.

## Assessments
1. Radiculopathy, lumbar region - M54.16 (Primary)

2. Other intervertebral disc displacement, lumbar region - M51.26
3. Traumatic rupture of lumbar intervertebral disc, initial encounter - S33.0XXA
4. Traumatic spondylopathy, lumbar region - M48.36
5. Pain in right wrist - M25.531
6. Traumatic arthropathy, right wrist - M12.531
7. Acute pain due to trauma - G89.11
8. Decreased activities of daily living (ADL) - R68.89
9. Encounter for screening examination for other mental health and behavioral disorders - Z13.39

--------------------------------------------------------------------------------------------

PLAN: Patient presents with unresolved pain symptoms consistent with diagnosis listed above that are impairing daily function and decreasing quality of life. The mechanism of injury along with the temporal correlation of the symptom onset to the incident are consistent with these pain symptoms being either caused or worsened by the accident. Patient has multiple pain generators and a multi-modal pain management treatment plan was discussed with the patient and reviewed in detail. All questions invited and answered. Moderate complexity decision making today. The patient's comorbidities, current medications, allergies, age, social environment, risk of aberrancy and diversion were all considered during the decision making.

--------

DIAGNOSTICS AND RECORDS INDEPENDENTLY REVIEWED TODAY:
-PMP reviewed: 11/22/2023: compliant
-Referral Record reviewed: Dr. Phillip Nguyen
-Imaging and reports independently reviewed personally by me and discussed with patient:
MRI LUMBAR SPINE WO CONTRAST 11/07/2023
1. Straightening of normal lumbar lordotic curvature.
2. L5-S1: Posterior left central 4.8 mm disc extrusion (herniation) with 5 mm inferior disc migration and 12 mm posterior left central annular fissure (high intensny zone). Disc extrusion contacts the descending left S1 nerve root in the lateral recess. Moderate central canal stenosis, measuring 8 mm in AP dimension. Mild bilateral neural foraminal stenosis.
MRI RIGHT WRIST WO CONTRAST 11/07/2023
1. TFCC articular disc proper central perforation with mild distal radioulnar joint effusion. Mild lunate subchondral bone marrow edema of the proximal surface.
2. Extensor carpi ulnaris tendon longitudinal split tear with tenosynovitis of the ulnocarpal segment.

--------

REFERRAL: Will refer the patient to Orthopedic Surgery for further evaluation and treatment of the right wrist pain.

--------

MEDICATIONS: Continue as needed.

--------

INTERVENTIONAL TREATMENT: Patient presents with multiple pain generators. Multiple injections may be needed to diagnose and treat pain generators. I suspect the patient's main back pain generator is the herniated disc that is causally related to the traumatic incident. Symptomatic herniated discs result in pain by causing chemical spinal inflammation from the leakage of the nucleus contents and damage to the internal structure of the disc resulting in discogenic inflammatory pain and radiculitis of the nerve roots. Symptomatic nerve irritation or radiculitis may be caused by compression, traction or chemical irritation of the nerve roots, consistent with patient's imaging findings, history, and clinical exam. Treatment options were discussed with patient. Recommend interventional treatment as the patient has not had resolution of pain following an appropriate amount of conservative care including, but not limited to, medications, rest, activity modification, and active Chiro/PT therapy. Risks, benefits, site specifics, and alternatives were thoroughly discussed with patient and all questions were answered. Therefore, will recommend Epidural Steroid Injection to reduce spinal inflammation causing the spinal and radicular pain. Per patient request, due to low pain threshold (G97.81); pre procedural anxiety with the risk of procedure and positioning possibly worsening the pain (F44.9); and a fear of needles (F40.231); anesthesia options for sedation to be discussed with anesthesia professional.

--------

Thank you for allowing me to participate in the care of your patient.
CC: Dr. Phillip Nguyen

--------

I, JD, scribed portions of this note on behalf of Farah Moawad, NP, supervised by Patrick Garcia MD.

## Treatment

1. **Radiculopathy, lumbar region**
   PROCEDURE: INTERLAMINAR LUMBAR EPIDURAL STEROID INJECTION L5-S1 (62323)

2. **Pain in right wrist**
   PROCEDURE: REFER TO ORTHOPEDIC SURGERY

Preventive Medicine

Preventive Medicine

PHYSICAL THERAPY AND EXERCISE PROGRAM: Continue with PT and exercise program as directed by chiro. In addition, we went over the benefits of a home exercise/stretching/strengthening program for treatment of pain concurrently with pain medications and recommended to do daily to maintain/improve function. Exercises explained. Advised home PT modalities including but not limited to heat/ice, home remedies, proper diet and nutrition, BMI weight management, support braces if indicated, and activity modification.

DIAGNOSIS COUNSELING: Diagnosis discussed with the treatment plan above and alternative options were given. Patient was educated about the etiology and causes of their current pain. Risk questionnaires reviewed with patient and addressed and stressed importance of maintaining good psycho-social support with the multi-modal treatment

RX MEDICATION COUNSELING: Risks, benefits, and alternatives of medications were thoroughly discussed with patient.

Patient was instructed not to drive or operate heavy machinery while on sedating medications including muscle relaxants and neuropathic agents.

## Procedure Codes

96127 BRIEF EMOTIONAL/BEHAV ASSMT, Units: 2.00 , Modifiers: XU
96160 PT-FOCUSED HLTH RISK ASSMT, Modifiers: 59

## Follow Up

2 weeks after procedure

**Electronically signed by PATRICK GARCIA MD on 11/25/2023 at 10:39 AM CST**

**Sign off status: Completed**

---

**SPRING-Minivasive Pain & Orthopedics**
**3301 SPRING STUEBNER RD**
**STE 110**
**SPRING, TX 77389-5195**
**Tel: 346-800-6001**
**Fax: 346-800-6002**

---

**Progress Note: FARAH MOAWAD, NP   11/22/2023**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*