United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| ALEX NGUYEN, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00204 |
| | § | |
| A.C. MIZELL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On October 20, 2025, Plaintiff Alex Nguyen filed with the court a return of service for Defendant W. Devine. *See* Dkt. 8. In the return of service, the process server, Jacqueline Williams, purports to have served Devine with a summons and complaint that she received on July 1, 2025, at 1:24 a.m. CDT. *See id.* But the complaint in this case was not filed with the court until July 1, 2025, at 8:22 a.m., several hours later. *See* Dkt. 1. Moreover, the Clerk's office did not issue summonses in this case until October 22, 2025. Thus, I cannot fathom how Williams could have served Devine with a summons on July 1, 2025.

Williams is **ORDERED** to appear before me on Zoom at 2:30 p.m. on Thursday, January 29, 2026, to show cause as to why sanctions should not be issued for misrepresenting facts regarding her service on Devine. The Zoom information is as follows:

https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09
**Meeting ID: 160 199 5344**
**Passcode: 152902**

SIGNED this 21st day of January 2026.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE