United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| ALEX NGUYEN, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-00204 |
| | § | |
| A.C. MIZELL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On January 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 15. Judge Edison filed a memorandum and recommendation on July 13, 2026, recommending that two pending motions to dismiss (Dkts. 42, 43) be granted, and that the court sua sponte dismiss the Doe defendants for failure to state a claim. Dkt. 51.

On July 22, 2026, the plaintiff filed his objections to the memorandum and recommendation. Dkt. 52. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 51) is approved and adopted in its entirety as the holding of the court;

(2) Defendants' motions to dismiss (Dkts. 42, 43) are granted;

(3) Plaintiff's claims against the Doe defendants are sua sponte dismissed for failure to state a claim.

SIGNED on Galveston Island this 5th day of August, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE